PD-0372-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/31/2015 3:26:24 PM
Accepted 8/3/2015 8:34:12 AM
ABEL ACOSTA
CLERK

NO. PD-00312-15

IN THE

# COURT OF CRIMINAL APPEALS

OF TEXAS
AUSTIN, TEXAS

## LUIS SANCHEZ

PETITIONER,

V.

## STATE OF TEXAS

RESPONDENT

## PETITIONER'S FIRST MOTION TO EXTEND TIME TO FILE BRIEF

ON PETITION FOR DISCRETIONARY REVIEW from the
ELEVENTH COURT OF APPEALS , EASTLAND, TEXAS
CASE NO.  11-12-00279-CR

On appeal from the 161ST Judicial District of Ector County, Texas
Cause Number B-37,135
Honorable John W. Smith, Presiding

M. Michele Greene
State Bar No.00789966
2833 Wildwood Ave.
Odessa, Texas 79761
Tel: (432) 238-1255
Email: mmg@michelegreenelaw.com

**Attorney for Petitioner**

**TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:**

NOW COMES LUIS SANCHEZ, Petitioner in the above-entitled and numbered cause, (hereinafter referred to as "Petitioner), files this his First Motion to Extend Time to File Brief, and would respectfully show the Court as follows:

**1.**

This appeal involves a bench trial that resulted in a Judgement of Conviction by Court filed on September 21, 2012. Petitioner perfected his appeal by timely filing his Notice of Appeal on or about September 25, 2012. On or about March 55, 2015, the Eleventh Court of Appeals affirmed Petitioner's conviction. On or about April 19, 2015, Petitioner timely filed his petition for discretionary review. This Court granted Petitioner's petition for discretionary review on July 1, 2015.

**2.**

Petitioner's brief is due to be filed today, July 31, 2015.

**3.**

In the past thirty (30) days, legal counsel for Petitioner, M. Michele Greene, ("Greene"), researched, drafted, and filed a brief in the following appeal: *Willie James Thurman, Jr. v. State*, Case No.11-15-00088CR; In the Court of Appeals of the Eleventh District of Texas, Eastland, Texas.

During this same time period, Greene was also hired on a contract basis to research and draft the brief of Appellant in the following appeal: *Simmons v. Simmons*, No. 03-15-0008-CV; In the Court of Appeals of the Third District of Texas, Austin, Texas.

Further, during the past thirty (30) days, Greene also prepared for, and participated in, a court-ordered mediation in the following case involving the Texas Department of Family and Protective Services: *In the Interest of J.B. and L.B., Children;* Cause No. 14-06-23383-CVW; In the 143rd Judicial District Court of Ward County, Texas.

Over the past thirty days, Greene also prepared for, and participated in, the following civil mediation: *Elva Jo Murphey and Kenneth Murphey v. Albertsons, LLC*, Cause No. B-136,406; In the 161st Judicial District of Ector County, Texas.

Furthermore, during the past month, Greene prepared for, and participated in, final hearings in the following two cases: (1) *In the Interest of Child;* Cause No. CC-5517-AD; In the County Court at Law of Ector County, Texas, and (2) *In the Interest of J.B. and L.B. Children*, Cause No. 14-06-23383-CVW; In the 143rd Judicial District Court of Ward County, Texas.

Finally, during the past month, Greene prepared for, and participated in, an emergency hearing in the following guardianship proceeding: *In the Guardianship of James A. Ayers*; Cause No. G1089-15; In the County Court at Law of Ector County, Texas.

**4.**

As a result of his legal counsel's briefing and trial schedule since July1, 2015, Petitioner will be unable to timely file his Brief today. Accordingly, this request for an extension is not for delay but that justice may be served, and Petitioner respectfully requests the Court to grant a first extension of the deadline for filing Petitioner's brief for an additional thirty (30) days, that is, until August 30, 2015.

WHEREFORE, Petitioner Luis Sanchez prays that the Court extend the time for filing his brief until August 30, 2015.

Respectfully submitted,


**M. MICHELE GREENE**
Attorney at Law
2833 Wildwood Ave.
Odessa, Texas 79761
Tel: (432) 238-1255
Email: mmg@michelegreenelaw.com


By:   /s/ M. Michele Greene
M. Michele Greene
State Bar No. 00789966

**Appellate Counsel for Petitioner
Luis Sanchez**


## CERTIFICATE OF COMPLIANCE

In accordance with Rules 9.4(e) and (i) of the TEXAS RULES OF APPELLATE PROCEDURE, the undersigned attorney of record certifies that the First Motion to Extend Time to File Brief contains **14-point** typeface for the body of the brief and contains **508** words, excluding those words identified as not being counted in Rule 9.4(i)(1) and was prepared on Word Perfect Version 9.

/s/ M. Michele Greene
M. Michele Greene

# CERTIFICATE OF SERVICE

I certify that a copy of the First Motion to Extend Time to File Brief was served electronically on this the 31st day of July, 2015, to the following party and that the electronic transmission was reported as complete:

Michael Bloch
Ector County District Attorney's Office
Ector County Courthouse
300 N. Grant Ave. Rm. 305
Odessa, Texas 79761
MICHAEL.BLOCH@ectorcountytx.gov.

**Attorney for Respondent**

/s/ M. Michele Greene
M. Michele Greene

# AFFIDAVIT

STATE OF TEXAS          §
                                            §

COUNTY OF ECTOR       §

Before me, the undersigned authority, on this day personally appeared M. Michele Greene being duly sworn on her oath, and she deposed and stated as follows:

"My name is M. Michele Greene. I am over eighteen years of age, of sound mind, have never been convicted of a crime, and am in all respects competent to make this Affidavit.

"I have read the foregoing Appellant's First Motion to Extend Time to File Brief. All of the facts stated therein are true and correct and are within my personal knowledge.

"I have read this Affidavit and it is true and correct. All statements therein are within my personal knowledge."

_____
M. Michele Greene

Subscribed and sworn to on this _30_ day of July, 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

DONNA J. SPEED
Notary Public, State of Texas
My Commission Expires 01-30-2016